PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Robert Purcell</u>　　　　　　　Case Number: <u>3:08-00269-01</u>

Name of Judicial Officer: <u>Honorable Robert L. Echols, U.S. District Judge</u>

Date of Original Sentence: <u>April 5, 2010</u>

Original Offense(s): <u>18 U.S.C. § 1703(a) Delay or Destruction of Mail and 18 U.S.C. § 1709 Theft of Mail</u>

Original Sentence: <u>Twelve months' and one day custody and two years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　　Date Supervision Commenced: <u>April 8, 2011</u>

Assistant U.S. Attorney: <u>S. Carran Daughtry</u>　　　Defense Attorney: <u>Mariah Wooten</u>

The Court orders:

☒ Allow offender to terminate supervised release, as scheduled, owing restitution
☐ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this __29__ day of __Jan__, 2013,
and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place　　　　Cookeville

Date　　　　January 17, 2013

Report on Offender  Page 2
Under Supervision

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall pay restitution at a minimum monthly rate of 10 percent of his gross monthly income.** |

    Mr. Purcell was ordered to pay restitution in the amount of $11,171.20. He was to make payments at a rate of 10 percent of his gross monthly income per month. According to the most recent report from the U.S. District Court Clerk's office, Mr. Purcell has paid his $200 special assessment and $2,263.06 towards his restitution, leaving his remaining balance at $8,908.14. Mr. Purcell's term of supervision is scheduled to expire on April 7, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**
Robert Purcell is employed by Goodwill Industries and lives with his wife in Lebanon, Tennessee. He began his term of supervised release on April 8, 2011, and he is due to terminate supervision on April 7, 2013.

While on supervision, Mr. Purcell has maintained full-time employment and made regular restitution payments. There have been no known violations of the conditions of his supervision. Mr. Purcell has expressed understanding that he will need to continue making restitution payments once his supervision has ended.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. Purcell be continued on supervised release and his supervision terminate, as scheduled, on April 7, 2013, with the understanding that he will continue to make restitution payments after supervision has ended.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer